ROSWELL H. L'HOMMEDIEU, Appellant, v. JOSEPH COOK
et al., Respondents, Impleaded with Others.

*Appeal — order of Appellate Division reversing order of Special Term
denying motion for judgment on pleadings and granting motion not
appealable to Court of Appeals.*

*L'Hommedieu* v. *Cook*, 194 App. Div. 909, appeal dismissed.
(Argued February 28, 1921; decided March 15, 1921.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered July 27, 1920, which reversed an
order of Special Term denying a motion by defendants
for judgment on the pleadings and granted said motion.

*Alexander Holtzoff* and *Paul Windels* for appellant.

*Raymond C. Haff, Albert A. Hovell* and *Harry W.
McChesney* for respondents.

Appeal dismissed, with costs, on authority of *Silverstein*
v. *Standard Acc. Ins. Co.* (221 N. Y. 332); *Rose* v. *Bristol*
(222 N. Y. 11); no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND,
McLAUGHLIN, CRANE and ANDREWS, JJ.